## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| CORA FLODING, FLODING RESORT LLC, AND FLODING RESORT 2 LLC,<br><br>    Plaintiffs,<br>v.<br><br>TIMOTHY CHRISTIAN, SANDY CHRISTIAN, AND B-KAM, LLP,<br><br>    Defendants. | Civil 08-4233 (JRT/RLE)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

---

John Tancabel, **TANCABEL LAW OFFICE,** 895 Osceola Avenue, St. Paul, MN 55105, for plaintiffs.

Scott Thomas Johnston, **JOHNSTON LAW OFFICE**, 510 22nd Avenue East, Suite 101, Alexandria, MN 56308, for defendants.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Raymond L. Erickson dated December 8, 2008, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is dismissed for failure to comply with Judge Erickson's Order of November 4, 2008, for failure to effect proper service on the Defendants, and for lack of prosecution.

Dated: January 9, 2009
at Minneapolis, Minnesota

                                          _____ s/John R. Tunheim_____
                                                 JOHN R. TUNHEIM
                                          United States District Judge